IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00337-ZLW-MEH

NOT ONE MORE ACRE!,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE ARMY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 19, 2007.**

     Defendant's Unopposed Motion to Allow Client Representative to Participate by Telephone at Settlement Conference on June 25, 2007 [Filed June 19, 2007; Docket #10] is **granted**. Defendant's client representative need not contact the Court, but Defendant's counsel shall provide the contact information for the client representative at the conference. The client representative shall remain available for the duration of the settlement conference.