IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00337-ZLW-MEH

NOT ONE MORE ACRE!,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF THE ARMY,

     Defendant.

---

ORDER

---

In consideration of the Courtroom Minutes/Minute Order entered on August 21,

2007, by Magistrate Judge Michael E. Hegarty, it is

ORDERED that this case is held in abeyance pending the filing of settlement

papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before

September 11, 2007.  If by that date settlement papers have not been received by the

Court, on September 18, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __22__ day of August, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court