IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00337-ZDW-MEH

NOT 1 MORE ACRE!,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF THE ARMY,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

    THE COURT, having considered the Stipulation for Dismissal with Prejudice filed by the parties, and being fully advised in the premises, hereby dismisses the above captioned matter with prejudice, both parties to bear their own costs, including attorney fees, except as provided in the Settlement Agreement.

    Dated this  4  of September, 2007.

                                                   Zita L. Weinshienk
                                                  DISTRICT COURT JUDGE